# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

Sadiyq Najee Ullah Holloway,

Plaintiff,

RECEIVED

JUN 20 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

v.

Ahtna, Inc., a Regional Alaska Native Corporation;

John Does 1-10 (employees, legal agents, or officers responsible for suppression),

Defendants.

Case No: _3:25-cv-00132-SLG_

## COMPLAINT FOR DECLARATORY RELIEF, DAMAGES, AND INJUNCTIVE RELIEF

## I. INTRODUCTION

This is an action filed by Plaintiff Sadiyq Najee Ullah Holloway, an acknowledged shareholder descendant of Aimee Julious-a Native woman adopted out under sealed conditions before 1971-against Ahtna, Inc., an Alaska Native Regional Corporation established under the Alaska Native Claims Settlement Act (ANCSA). Despite documented issuance of shareholder rights and verified familial lineage, Plaintiff has been denied access to vital records, lineage verification, and equal shareholder standing. Staff have confirmed they were instructed not to assist him, creating a deliberate pattern of obstruction that violates both federal and state protections.

## II. JURISDICTION AND VENUE

This Court has jurisdiction under the laws of the State of Alaska. Venue is proper in this Court

because the Defendant corporation is headquartered in Alaska and the acts and omissions complained of occurred within the State.

## III. PARTIES

1. Plaintiff, Sadiyq Najee Ullah Holloway, is a shareholder descendant residing in the United States, and has filed multiple formal claims regarding his tribal status and shareholder rights.

2. Defendant, Ahtna, Inc., is an Alaska Native Corporation incorporated under ANCSA, operating within Alaska and subject to both state and federal regulations.

3. John Does 1-10 are employees, legal agents, or officers of Ahtna, Inc. whose actions contributed to the Plaintiff's suppression and injury.

## IV. FACTUAL BACKGROUND

1. Plaintiff is the biological son of Aimee Julious, a Native woman adopted out under sealed records pre-1971.

2. Ahtna, Inc. issued Plaintiff 100 shares tied to this lineage, acknowledging his biological connection.

3. Despite this, Plaintiff was denied access to shareholder verification, adoption records, and tribal recognition.

4. Ahtna, Inc. staff explicitly stated they were instructed not to assist Plaintiff.

5. Plaintiff has submitted complaints to BIA, OGIS, the U.S. Senate Committee on Indian Affairs, and the Alaska AG.

6. Plaintiff never waived any rights to inheritance, tribal identity, or corporate entitlements.

7. This continued obstruction has caused legal, emotional, and spiritual injury.

## V. CAUSES OF ACTION

Count I: Violation of ANCSA Rights

Count II: Suppression of Lineage Under ICWA

Count III: Negligent Misrepresentation

Count IV: Intentional Interference With Shareholder Access

Count V: Breach of Fiduciary and Public Trust

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court grant the following:

1. A declaratory judgment affirming Plaintiff's status as a rightful shareholder descendant;

2. An injunction ordering Ahtna, Inc. to release all records relating to Plaintiff's lineage and shareholder account;

3. Monetary damages in an amount to be determined for harm caused by unlawful suppression;

4. Attorney's fees and costs as permitted by law;

5. Any other relief this Court deems just and proper.

DATED: May 19, 2025

Respectfully submitted,

Sadiyq Najee Ullah Holloway

Plaintiff



PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

- Expected delivery date speci
- Domestic shipments include
- USPS Tracking® service inclu
- Limited international insuranc
- When used internationally, a

*Insurance does not cover certain items
Domestic Mail Manual at *http://pe.usps*
** See International Mail Manual at *http:*

## FLAT RATE EN
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INS



PS00001000014



**UNITED STATES POSTAL SERVICE.** — Retail

**P** US POSTAGE PAID

**$10.10**
Origin: 43952
06/13/25
3879100952-56

PRIORITY MAIL®

0 Lb 5.00 Oz

RDC 03

EXPECTED DELIVERY DAY: 06/18/25

C095

SHIP
TO:
222 W 7TH AVE
ANCHORAGE AK 99513-7500

USPS TRACKING® #

9505 5139 4696 5164 6829 54



**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
SADIYQ HOLLOWAY
1861 PAUER COURT
CIRCLEVILLE, OH 43113

TO:
U S DISTRICT COURT - DISTRICT OF
ALASKA

JAMES M. FITZGERALD
U.S COURTHOUSE
222 W 7TH AVENUE / ROOM 229
ANCHORAGE, AK
99513 - 7564

Label 228, December 2023     FOR DOMESTIC AND INTERNATIONAL USE

This package is made from post-consumer waste. **Please recycle - again.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.