# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

SADIYQ NAJEE ULLAH HOLLOWAY

Pro Se Plaintiff

1861 Pacer Ct.

Circleville, OH 43113

Email: sadiyqholloway614@gmail.com

ODRC ID: A-780-242

v.

AHTNA, INCORPORATED

Defendant

Case No. 3:25-cv-00110-SLG

# AMENDED COMPLAINT

(Filed Pursuant to Leave of Court / Screening Order Dated October 20, 2025)

Nature of Action:

This Amended Complaint is submitted under 28 U.S.C. § 1362 and other applicable federal trust and inheritance statutes.

Plaintiff, an Alaska-Native descendant and federally confirmed CDIB holder, alleges breach of fiduciary duty, suppression of inheritance, and misclassification of tribal lineage by Ahtna, Inc.

Relief Requested:

Plaintiff seeks full accounting and release of all pre-1971 entitlements, adoption and trust records, and associated mineral or royalty interests lawfully owed to his maternal line.

Filed By: *Sadiyq H*
/s/ Sadiyq Najee Ullah Holloway
Pro Se Plaintiff

Date: 11-10-25

## CERTIFICATE OF SERVICE

I certify that on _____, 2025, I mailed a true and correct copy of this Amended Complaint and accompanying exhibits via Certified Mail, Return Receipt Requested, to:

- Ahtna, Inc. – Legal Department
  P.O. Box 649, Glennallen, AK 99588

- U.S. Attorney's Office for the District of Alaska
  222 West 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567

- Clerk of Court, U.S. District Court for the District of Alaska
  222 West 7th Avenue, #4, Room 229, Anchorage, AK 99513-7569


Signature: _____
Printed Name: Sadiyq Najee Ullah Holloway