UNITED STATES DISTRICT COURT



FOR THE DISTRICT OF ALASKA

3:25-cv-00132-SLG
Case No. 3:25-cv-00110-SLG

Sadiyq Najee Ullah Holloway, Pro Se Plaintiff

v.

Ahtna, Incorporated, Defendant

# INDEX OF EXHIBITS

(Filed in Support of Amended Complaint)

| Exhibit Label | Title / Description | Date of Document | Purpose / Relevance to Complaint |
|---|---|---|---|
| Exhibit A | Private Trust & Estate Declaration with Notary Seal | Apr 21 2025 | Establishes Plaintiff's status as living beneficiary and lawful trust holder; foundation for standing in inheritance claims. |
| Exhibit B | Declaration of Living Lineage and Affidavit of Status | Apr 21 2025 | Affirms identity and biological heirship to Aimee Julious; rejects misclassification and fictitious designations. |

| Exhibit | Description | Date | Purpose |
|---|---|---|---|
| Exhibit C | Original Complaint and Service Letter to Ahtna Inc. | Jun 18 2025 | Shows timely notice and service of process to Defendant; evidence of good-faith compliance. |
| Exhibit D | Summary of Obstruction and Actions Requested to BIA/BLM (IBIA Filing) | Jun 18 2025 | Documents agency non-response and grounds for federal intervention under trust obligations. |
| Exhibit E | Federal Complaint – Breach of Tribal Trust and Suppression of Inheritance (Draft) | Aug 11 2025 | Demonstrates continuity of claims and jurisdictional basis under 28 U.S.C. § 1362. |
| Exhibit F | CDIB Confirmation from Bureau of Indian Affairs (Proof of Tribal Lineage) | Jul 23 2025 | Verifies federal recognition of Ahtna bloodline — core jurisdictional fact. |
| Exhibit G | Notice of Federal Tribal Lineage Confirmation to Ahtna Inc. | Aug 11 2025 | Establishes that Defendant was notified of Plaintiff's federal status and failed to comply. |
| Exhibit H | Demand for Access to Suppressed Lineage and Trust Records | Aug 11 2025 | Shows direct demand for records and evidence of obstruction / non-response. |
| Exhibit I | Inheritance Reclassification Notice to Ahtna Board of Directors | Aug 11 2025 | Requests adjustment of shareholder and trust records based on federal CDIB status. |
| Exhibit J | Senate Oversight Notice – Indian Affairs Committee | Aug 11 2025 | Shows congressional escalation and request for federal enforcement oversight. |
| Exhibit K | Permanent Fund Distribution Inquiry (Letter re: Aimee Julious) | Jun 16 2025 | Supports claim of withheld funds and suppressed financial records tied to maternal line. |
| Exhibit L | Proof of Notarization – Jefferson County, OH | Apr 21 2025 | Authenticates sworn declarations and verifies lawful execution. |
| Exhibit M | Certified Mail Receipts / Tracking Log | Various Dates 2025 | Confirms service of process to Defendant and federal agencies. |

Respectfully submitted,

/s/ Sadiyq Najee Ullah Holloway

Pro Se Plaintiff | Dated: 11-10-25

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

P
US POSTAGE PAID
$16.85
Origin: 43952
11/10/25
3879100952-08

Retail

PRIORITY MAIL®

0 Lb 8.80 Oz

RDC 03

EXPECTED DELIVERY DAY: 11/15/25

C095

SHIP TO:
STOP 4
222 W 7TH AVE
ANCHORAGE AK 99513-7504

USPS SIGNATURE® TRACKING #

9510 8139 4598 5314 8728 87

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

- Expected delivery date specified for domestic shipments.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL USE

FROM: Sadiye Holloway
320 Market St. (Atrium)
Steubenville, Ohio 43952

TO: U.S. District Court
— District of Alaska
(clerk of courts)
222 W. 7th Ave., #4, Room 229
Anchorage, Alaska 99513-7569

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRIORITY MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.