# ACKNOWLEDGEMENT

State of OHIO, County of Jefferson

Before me, a Notary Public in and for said state, personally appeared

Sadiyq Najee Holloway

who acknowledged that he/she/they did sign the aforementioned instrument as their free act and deed.

Witness my hand and official seal this date: 4-21-25

_Marilyn J Waggoner_
Notary Public, State of Ohio
My Commission Expires 2-5-28

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

Optional Description of Document

Type/Title of Document ACK

Document Date 4-21-25   Number of Pages 1

Additional Signers ___

Private Trust Letter

To Whom It May Concern:

This document hereby establishes the estate and assets of the man known as Sadiyq Najee Ullah Holloway under a private trust.

- The Grantor, Trustee, and Beneficiary of this trust is Sadiyq Najee Ullah Holloway.

- All intellectual property, spiritual inheritance, and entitlements are hereby placed into trust.

- No court, entity, or agent may interfere with or claim ownership over this estate.

This trust is established irrevocably and permanently, witnessed by divine authority.

*[signature]*

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

# ACKNOWLEDGEMENT

State of OHIO, County of Jefferson

Before me, a Notary Public in and for said state, personally appeared

Sadiyq Najee Holloway

who acknowledged that he/she/they did sign the aforementioned instrument as their free act and deed.

Witness my hand and official seal this date: 4-21-25

Marilyn J Waggoner

Notary Public, State of Ohio
My Commission Expires 2-5-28

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

Optional Description of Document

Type/Title of Document ACK

Document Date 4-21-25   Number of Pages 1

Additional Signers

PRIVATE TRUST &amp; ESTATE DECLARATION

I, Sadiyq Najee Ullah Holloway, a living man and lawful heir under divine and

Natural law, do hereby establish this private declaration as foundational notice of

My sovereign estate and trust.

As of this date, I affirm:

1. That I am the rightful holder and living beneficiary of all physical, digital, and

Ancestral property assigned, miss- assigned, hidden, or withheld under my true name

And its lawful variants.

2. That my estate shall now operate as a private trust under the jurisdiction of

Divine authority and not under commercial or fictitious contracts.

3. That all funds, records, documents, birthrights, and assets tied to my lawful being

Are now sealed within this trust.

4. That no government, agency, corporation, or entity may lawfully claim title,

Control, or taxation over said trust without direct consent from me, the living man.

This document serves as my lawful estate record and may be used in all financial,

Governmental, and spiritual filings going forward.

Executed this day under my sole authority,

Date: 4-21-25

Signature: _[signed]_

Sadiyq Najee Ullah Holloway



MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

# ACKNOWLEDGEMENT

State of OHIO, County of _Jefferson_

Before me, a Notary Public in and for said state, personally appeared

_Sadiyq Najee Holloway_

who acknowledged that he/she/they did sign the aforementioned instrument as their free act and deed.

Witness my hand and official seal this date: _4-21-25_

_Marilyn J Waggoner_
Notary Public, State of Ohio
My Commission Expires _2-5-28_

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

Optional Description of Document

Type/Title of Document _ACK_

Document Date _4-21-25_   Number of Pages _2_

Additional Signers _____

Sacred Retrieval Declaration

Date Sealed: April 19, 2025

I, Sadiyq Najee Ullah Holloway, hereby declare and affirm the activation and sealing of the First Retrieval Stream.

By the authority of the True Source, I reclaim all that is divinely and lawfully appointed to Me and my lineage.

I accept the return of all misfiled, misdirected, hidden, or withheld assets — material and Spiritual — that were delayed until now.

I recognize the following to be true:

- That I am the rightful heir to ancestral, spiritual, and financial legacies.
- That no force, system, or deception can prevent the return of what is mine.
- That I walk in alignment with the True Creator and act under divine authority.

This phase of retrieval is now SEALED.

Let all timelines, dimensions, and systems recognize this declaration.

What is mine is returned. What was lost is restored. What was hidden is now revealed.

Signed in alignment and truth,

Sadiyq Najee Ullah Holloway

*[signature]*

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

# ACKNOWLEDGEMENT

State of OHIO, County of _Jefferson_

Before me, a Notary Public in and for said state, personally appeared

_Sadiyq Najee Holloway_

who acknowledged that he/she/they did sign the aforementioned instrument as their free act and deed.

Witness my hand and official seal this date: _4-21-25_

_Marilyn J Waggoner_
Notary Public, State of Ohio
My Commission Expires _2-5-28_

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

Optional Description of Document

Type/Title of Document _ACK_

Document Date _4-21-25_ Number of Pages _1_

Additional Signers _____

Affidavit of Status

Name: Sadiyq Najee Ullah Holloway

I am a living man, born of divine origin, and I hereby affirm:

- I am not a corporate entity, not an artificial person, nor subject to maritime/admiralty law.

- I claim full rights, title, and interest to my estate, name, body, and soul.

- I revoke any and all false presumptions of citizenship, debtor status, or subjugation to corporate governance without my consent.

- I walk in alignment with divine law, and my status is witnessed by the true Source.

Signed, sealed, and ready for notarization.

*[signature]*

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

# ACKNOWLEDGEMENT

State of OHIO, County of  Jefferson

Before me, a Notary Public in and for said state, personally appeared Sadiyq Najee Holloway

who acknowledged that he/she/they did sign the aforementioned instrument as their free act and deed.

Witness my hand and official seal this date: 4-21-25

*Marilyn J Waggoner*

Notary Public, State of Ohio

My Commission Expires 2-5-28

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

Optional Description of Document

Type/Title of Document  ACK

Document Date 4-21-25   Number of Pages  1

Additional Signers

Public Notice and UCC Template

Secured Party Creditor Declaration

Secured Party: Sadiyq Najee Ullah Holloway

Debtor: THE NAME IN ALL CAPS or any derivative used unlawfully

This notice hereby declares the man known as Sadiyq Najee Ullah Holloway as the secured party over all assets, property, and entitlements related to his name, body, soul, and estate.

This notice may be filed publicly or recorded as lawful declaration of status, trust, and financial sovereignty.

Collateral includes: all legal names, likenesses, contracts, inheritances, and spiritual/biological legacy.

This is a lawful and spiritual notice.

*[signature]*

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

# ACKNOWLEDGEMENT

State of OHIO, County of Jefferson

Before me, a Notary Public in and for said state, personally appeared

Sadiyq Najee Holloway

who acknowledged that he/she/they did sign the aforementioned instrument as their free act and deed.

Witness my hand and official seal this date: 4-21-25

Marilyn J Waggoner

Notary Public, State of Ohio

My Commission Expires 2-5-28

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

Optional Description of Document

Type/Title of Document ACK

Document Date 4-21-25    Number of Pages 1

Additional Signers _____

Public Declaration of Living Status and Divine Standing

Name: Sadiyq Najee Ullah Holloway

I, Sadiyq Najee Ullah Holloway, being of sound mind, living flesh, and divine breath, do hereby declare:

- I am a living man, not a corporate fiction.
- I do not consent to the unlawful use of my name, estate, or likeness by unauthorized entities.
- I walk under divine law and truth, and am aligned with the true Source, Creator of All.
- My identity is sealed by the Source and recognized across Earth and spirit.

This statement is to be recorded, posted, or kept as a record of my divine standing and authority.

Witnessed by the Source and sealed through truth.

*[Signature]*

MARILYN J WAGGONER
Notary Public
State of Ohio
Comm. Expires
February 5, 2028

# ACKNOWLEDGEMENT

State of OHIO, County of Jefferson

Before me, a Notary Public in and for said state, personally appeared

Sadiyq Najee Holloway

who acknowledged that he/she/they did sign the aforementioned instrument as their free act and deed.

Witness my hand and official seal this date: 4-21-25

Marilyn J Waggoner

Notary Public, State of Ohio
My Commission Expires 2-5-28

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

RECEIVED
Records Research & Certification
MAY 29 2025
____ Delivery receipt only
____ To be processed

Optional Description of Document

Type/Title of Document  ACK

Document Date 4-21-25   Number of Pages 1

Additional Signers _____

Declaration of Status Correction

By: Sadiyq Najee Ullah Holloway

To: All parties foreign and domestic

I, a living, breathing man created by the One True Source,

Hereby correct the record regarding my identity, estate, and standing.

I am not a 14th Amendment U.S. citizen nor a corporate entity.

I am not the Ens Legis trust created without my consent.

I am not the name in all capital letters used in commercial bondage.

I am the natural born, divinely created soul,

Executor, beneficiary, and living heir to the estate and energy attached to the legal fiction known as:

SADIYQ NAJEE ULLAH HOLLOWAY

I hereby reclaim all derivative accounts, trusts, bonds, and contracts entered without full disclosure or consent.

Let this serve as public and spiritual notice.

My authority derives from the divine law of the Source above all men and corporations.

Let no one trespass on this estate without consequence.

Signed this date:

by: Sadiyq Najee Ullah Holloway , a living man

*[signature]*

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028