Sadiyq Holloway

1861 Pacer Ct.

Circleville, Ohio 43113

Date: 06-18-2025

Legal Department

Ahtna, Inc.

P.O. Box 649

Glennallen, AK 99588

Re: Service of Process — 3:25-cv-00110-SLG

To whom it may concern:

Please accept this as formal service of process, complaint, and exhibits in the above-referenced case. I am representing myself pro se. Kindly confirm receipt and specify your preferred mailing address or legal contact for correspondence.

Sincerely,

Sadiyq Najee Ullah Holloway

Pro Se Plaintiff – 3:25-cv-00110-SLG

Certified Mail No. _____

B-1

Declaration of the Living Man & Sacred Estate

Declaration of the Living Man

Filed into the Public Record by Right of Birth

Let it be known to all agents, corporations, governments, and fictional entities:
I, Sadiyq Najee Ullah Holloway, am a living man, born of the Earth, not of fiction or commercial contract.
I am the beneficiary and rightful heir of all ancestral estates, bloodlines, and indigenous inheritances tied to my mother, Aimee Julious, whose lineage was hidden through government records and falsified adoption during the ANCSA suppression era.

I reject any legal fiction identifying me as "SADIYQ N HOLLOWAY" or other commercial constructs.
I am alive, aware, and acting under divine law and truth—this declaration stands as notice and record.

Filed this day: 06-18-2025

By: _____

Sadiyq Najee Ullah Holloway

In full capacity and sacred truth

To Whom It May Concern,

I am submitting this formal follow-up complaint to both the Bureau of Land Management (BLM) and the Interior Board of Indian Appeals (IBIA) regarding ongoing suppression and obstruction related to my rightful claim to tribal land, mineral rights, and shareholder benefits due under the Alaska Native Claims Settlement Act (ANCSA).

## Summary of Obstruction:

- My mother, Aimee Julious (DOB: Jan 30, 1971), was adopted out as an infant under sealed conditions following ANCSA enactment, concealing her eligibility for Ahtna, Inc. shareholder status.
- I, Sadiyq Najee Ullah Holloway, as her biological son and direct descendant, have provided multiple filings and certified mailings to Ahtna, Inc., requesting review, shareholder restoration, and land/mineral right inquiry.
- Despite multiple delivery confirmations (attached), Ahtna, Inc. has refused to respond.
- The State of Alaska Department of Natural Resources admitted it has no authority and redirected me to BLM (see included return letter).
- The Bureau of Indian Affairs (BIA) has not acknowledged any of my mailed and emailed inquiries regarding tribal bloodline obstruction, adoption seals, or ANCSA pre-1971 inheritance.

## Actions Requested:

1. Immediate federal investigation into:

    - Why Ahtna, Inc. is allowed to suppress pre-1971 shareholder rights through the adoption mechanism.
    - What mineral rights or land trusts may be unlawfully withheld or distributed without including my lineage.

2.
3. Review and ruling from IBIA:

    - As to whether BIA and Ahtna's inaction constitutes dereliction under federal trust doctrine.
    - Whether Ahtna, Inc. or affiliated agencies must honor pre-1971 shareholder lineages regardless of postnatal adoption.

4.
5. Enforcement of BLM transparency regarding:

    - Any mineral leases issued on lands tied to Ahtna royalty zones.
    - Records showing beneficiary names excluded or redacted.

8-4

## Attachments:

- Stamped Complaint & Docket from Case 3:25-cv-00110-SLG
- Proof of Service to Ahtna, Inc. and other agencies
- Alaska DNR letter redirecting case to BLM
- Timeline of outreach attempts and ignored requests
- Affidavit of Living Lineage & Inheritance

I request confirmation of receipt and status update within 21 days of delivery. If no acknowledgment is made, I will submit this silence to the federal court as evidence of administrative neglect.

Respectfully,

Sadiyq Najee Ullah Holloway

Pro Se Petitioner | Docket No. 3:25-cv-00110-SLG



**Corporate Headquarters**
PO Box 649
Glennallen, Alaska 99588
Office: (907) 822-3476
Fax: (907) 822-3495

**Ahtna, Incorporated**

**Anchorage Office**
110 W 38th Avenue, Suite 100
Anchorage, Alaska 99503
Office: (907) 868-8250
Fax: (907) 868-8285

*Our Culture Unites Us; Our Land Sustains Us; Our People are Prosperous*

## Stock Transfer Affidavit

Affidavit of Individual Claiming an Interest in Ahtna Stock

I, __Sadiyq Holloway__ of __Circlesville, OH__ SSN: _____
  (Legal Name)              (City & State)

being first duly sworn upon oath, depose and say:

1. I am a lawful heir or devisee of the following deceased shareholder of Ahtna, Inc.

Name of Deceased: __Aimee Chaya Julious__   SSN: __XXX-XX-0184__

Date of Birth: __01/30/1971__   Date of Death: __06/20/2024__

2. I am entitled to amount of shares as shown below:

| Class A1 |     | Class C |  | Class D |  | Class F |  |
|----------|-----|---------|--|---------|--|---------|--|
| Class G  |     | Class H |  | Class I |  | Class J |  |
| Class A2 | 100 |         |  |         |  |         |  |

Also, to payment of any sums of money incident to the decedent's ownership of those shares for the following reason:

__X__ A valid Testamentary Disposition form was executed by the decedent, which is on file with Ahtna, Incorporated, dated __05 / 15 / 2024__ naming me to receive the stocks I claim.

_____ Decedent executed a valid formal will, dated ___/___/_____, naming me to receive the stocks I claim. I have attached a copy of the will to this affidavit.

_____ Decedent left no valid Testamentary Disposition form nor a valid formal will and I am entitled to the stocks that I claim under the laws of intestate succession of the State of Alaska. I have completed the attached chart with the names of all living relatives of the deceased known to me. My relationship to the deceased is:

_____

3. At the time of death the deceased shareholder: ☐ was married; ■ not married or preceded in death by ☐ only or ☐ last spouse.

4. By presentation of this affidavit I certify the accuracy of the information I have provided and I request Ahtna, Incorporated to change the registered ownership of the stocks that I claim from the decedent to me.

Affidavit to Claim Stock                              Reviewed & Revised 3.29.18