Exhibit - C

Sadiyq Holloway

1861 Pacer Ct.

Circleville, Ohio 43113

Date: 06-18-2025

Legal Department

Ahtna, Inc.

P.O. Box 649

Glennallen, AK 99588

Re: Service of Process — 3:25-cv-00110-SLG

To whom it may concern:

Please accept this as formal service of process, complaint, and exhibits in the above-referenced case. I am representing myself pro se. Kindly confirm receipt and specify your preferred mailing address or legal contact for correspondence.

Sincerely,

*[signature]*

Sadiyq Najee Ullah Holloway

Pro Se Plaintiff – 3:25-cv-00110-SLG

Certified Mail No. _____

**Affidavit of Status & Sovereign Standing**

Affidavit of Status and Sovereign Interest

Filed under UCC-1 Financing Statement

Secured Party: Sadiyq Najee Ullah Holloway

Debtors: Ahtna, Inc., State of Alaska, Bureau of Indian Affairs

I, Sadiyq Najee Ullah Holloway, a living man and beneficiary of divine inheritance, do hereby declare that I am the sole heir and lawful claimant to all estates, ancestral rights, and sovereign interests arising from my lineage, including—but not limited to—tribal royalties, indigenous land claims, and biological descent through my mother, Aimee Julious (b. Jan 30, 1971).

I have previously filed a UCC-1 Financing Statement asserting a Security Interest over "Ancestral Tribal Royalty Interest" and "Indigenous Inheritance Claim (Pre-1971)" as heir of Aimee Julious, a suppressed tribal descendant whose identity was concealed through government-adoption protocols post-ANCSA (1971).

This addendum hereby expands my lien and security interest over all corporate, state, and federal assets or benefits derived from:

- Ahtna Inc. shareholder inheritance, stock divisions, and trust disbursements

Exhibit - B

Declaration of the Living Man & Sacred Estate

Declaration of the Living Man

Filed into the Public Record by Right of Birth

Let it be known to all agents, corporations, governments, and fictional entities:
I, Sadiyq Najee Ullah Holloway, am a living man, born of the Earth, not of fiction or commercial contract.
I am the beneficiary and rightful heir of all ancestral estates, bloodlines, and indigenous inheritances tied to my mother, Aimee Julious, whose lineage was hidden through government records and falsified adoption during the ANCSA suppression era.

I reject any legal fiction identifying me as "SADIYQ N HOLLOWAY" or other commercial constructs.
I am alive, aware, and acting under divine law and truth—this declaration stands as notice and record.

Filed this day: 06-18-2025

By: *[signature]*

Sadiyq Najee Ullah Holloway

In full capacity and sacred truth

To Whom It May Concern,

I am submitting this formal follow-up complaint to both the Bureau of Land Management (BLM) and the Interior Board of Indian Appeals (IBIA) regarding ongoing suppression and obstruction related to my rightful claim to tribal land, mineral rights, and shareholder benefits due under the Alaska Native Claims Settlement Act (ANCSA).

## Summary of Obstruction:

- My mother, Aimee Julious (DOB: Jan 30, 1971), was adopted out as an infant under sealed conditions following ANCSA enactment, concealing her eligibility for Ahtna, Inc. shareholder status.
- I, Sadiyq Najee Ullah Holloway, as her biological son and direct descendant, have provided multiple filings and certified mailings to Ahtna, Inc., requesting review, shareholder restoration, and land/mineral right inquiry.
- Despite multiple delivery confirmations (attached), Ahtna, Inc. has refused to respond.
- The State of Alaska Department of Natural Resources admitted it has no authority and redirected me to BLM (see included return letter).
- The Bureau of Indian Affairs (BIA) has not acknowledged any of my mailed and emailed inquiries regarding tribal bloodline obstruction, adoption seals, or ANCSA pre-1971 inheritance.

D-2

## Actions Requested:

1. Immediate federal investigation into:

    - Why Ahtna, Inc. is allowed to suppress pre-1971 shareholder rights through the adoption mechanism.
    - What mineral rights or land trusts may be unlawfully withheld or distributed without including my lineage.

2.
3. Review and ruling from IBIA:

    - As to whether BIA and Ahtna's inaction constitutes dereliction under federal trust doctrine.
    - Whether Ahtna, Inc. or affiliated agencies must honor pre-1971 shareholder lineages regardless of postnatal adoption.

4.
5. Enforcement of BLM transparency regarding:

    - Any mineral leases issued on lands tied to Ahtna royalty zones.
    - Records showing beneficiary names excluded or redacted.

**Attachments:**

- Stamped Complaint & Docket from Case 3:25-cv-00110-SLG
- Proof of Service to Ahtna, Inc. and other agencies
- Alaska DNR letter redirecting case to BLM
- Timeline of outreach attempts and ignored requests
- Affidavit of Living Lineage & Inheritance

I request confirmation of receipt and status update within 21 days of delivery. If no acknowledgment is made, I will submit this silence to the federal court as evidence of administrative neglect.

Respectfully,

Sadiyq Najee Ullah Holloway

Pro Se Petitioner | Docket No. 3:25-cv-00110-SLG

Sadiyq Najee Ullah Holloway

ODRC ID: A-780-242 | Docket No: 3:25-cv-00110-SLG

1861 Pacer Ct. Circleville, Oh 43113

sadiyqholloway614@gmail.com

06-16-2025

To Whom It May Concern,

This correspondence is in reference to your request for additional information regarding my ongoing investigation into the suppression of Permanent Fund-related financial distributions involving my late mother:

Full Legal Name: Aimee Julious (birth surname undisclosed due to sealed adoption)

Date of Birth: January 30, 1971

Last 4 of SSN:

I acknowledge that my mother did not reside in Alaska during her adult life. However, I am not claiming Permanent Fund Dividend eligibility in the traditional residency context.

Instead, I am asserting that my mother's identity and tribal status were concealed through forced adoption after her birth on a U.S. military base in Alaska in 1971, within the jurisdiction of ANCSA-related tribal reclassification. Due to this, her rightful shareholder dividends or tribal distributions—possibly passed through mechanisms such as PFD corporate disbursements—may have been withheld, misrouted, or distributed in her name without notice or consent.

I request:

- Confirmation of whether any disbursements were issued or held in her name from 1971 onward
- Release of any tribal or shareholder distributions recorded under State or corporate control
- Identification of whether her name was attached to any corporation-based PFD equivalent trust or holding

This request is made in good faith as part of my active federal case: 3:25-cv-00110-SLG. I am her only known biological heir and have legal standing to pursue tribal, estate, and misclassified fund restoration on her behalf.

Respectfully,

*Sadiyq* (signature)

Sadiyq Najee Ullah Holloway

Pro Se Plaintiff

## Affidavit of Truth Regarding Tribal Identity Suppression by Adoption

I, Sadiyq Najee Ullah Holloway, testify under penalty of perjury that my mother, Aimee Julious, was born on January 30, 1971, under circumstances that removed her from her rightful tribal and biological inheritance. She was adopted shortly after birth, preventing her and her descendants from receiving rightful land-based, mineral-based, or tribal shareholder assets under ANCSA and other protective statutes.

This concealment of tribal identity and reclassification by adoption constitutes a violation of inheritance law, tribal sovereignty, and Indigenous rights.

This affidavit supports my federal complaint 3:25-cv-00110-SLG and is sworn to establish the basis for all subsequent shareholder, mineral, or trust claims arising from her denied birthright.

Signed,

*[signature]*

Sadiyq Najee Ullah Holloway

Date: 06-18-2025

## Notary Acknowledgment

State of Ohio
County of Jefferson

On this 18th day of June, 20, before me, the undersigned notary public, personally appeared Sadiyq Najee Ullah Holloway, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged that he executed it in his authorized capacity.

Witness my hand and official seal:

MARILYN J WAGGONER
Notary Public
State of Ohio
My Comm. Expires
February 5, 2028

Notary Public Signature  *Marilyn J Waggoner*

My Commission Expires: 02/05/2028