# Cover Letter: Tribal Lineage Confirmation and Inheritance Suppression

To: Bureau of Indian Affairs – Alaska Region
CC: U.S. Department of the Interior, Senate Committee on Indian Affairs

From: Sadiyq Najee Ullah Holloway
CDIB Holder – Bureau of Indian Affairs

Subject: Federal Tribal Lineage Confirmation and Inheritance Suppression

I am submitting this correspondence to inform federal oversight bodies of ongoing suppression of my tribal inheritance rights by Ahtna, Incorporated.

As of July 23, 2025, I have received confirmation from the Bureau of Indian Affairs that my Certificate of Degree of Indian Blood (CDIB) has been processed and mailed. This confirms my ancestral Ahtna bloodline at the federal level.

Despite this recognition, Ahtna, Inc. has failed to release pre-1971 lineage records, trust holdings, and land entitlements owed to my family. I have issued formal notices and demands for records, which have gone unfulfilled.

Attached to this cover letter:
1. Notice of Federal Tribal Lineage Confirmation (sent to Ahtna, Inc.)
2. Demand for Access to Suppressed Lineage and Trust Records (sent to Ahtna, Inc.)
3. Supporting evidence of my CDIB and communications with Ahtna, Inc.

I request your immediate oversight and enforcement of my rights under federal law.

Respectfully, *[signature]*
Sadiyq Najee Ullah Holloway
Descendant of Donna and Kathy Horton, Charles Underwood
Date: August 11, 2025

# Notice of Federal Tribal Lineage Confirmation

To: Ahtna, Incorporated – Legal Department & Board of Directors

From: Sadiyq Najee Ullah Holloway
CDIB Holder – Bureau of Indian Affairs, Alaska Region

Subject: Formal Notice of Federal Tribal Lineage Confirmation

I, Sadiyq Najee Ullah Holloway, am hereby providing formal notice that my Certificate of Degree of Indian Blood (CDIB) has been processed and issued by the Bureau of Indian Affairs – Alaska Region, as of July 23, 2025.

This federal confirmation verifies that I carry ancestral Ahtna blood, regardless of past adoption, misclassification, or omission from corporate shareholder rosters.

This notice places Ahtna, Incorporated on legal and moral obligation to:
1. Fully recognize my status as a rightful heir to all pre-1971 land and royalty entitlements.
2. Adjust shareholder and inheritance records to reflect my lineage.
3. Prepare for the release of all related corporate and trust holdings tied to my maternal line.

Signed, *[signature]*
Sadiyq Najee Ullah Holloway
Descendant of Donna and Kathy Horton, Charles Underwood
Date: August 11, 2025

# Demand for Access to Suppressed Lineage and Trust Records

To: Ahtna, Incorporated – Legal Department

From: Sadiyq Najee Ullah Holloway
CDIB Holder – Bureau of Indian Affairs

Subject: Demand for Access to Suppressed Lineage and Trust Records

Under my federally confirmed tribal status, I am demanding immediate access to all records, documents, and archival materials tied to my maternal bloodline, including but not limited to:

1. Pre-ANCSA lineage files for Donna and Kathy Horton, Charles Underwood, and related family members.
2. Adoption records or sealed files affecting shareholder rights.
3. All trust instruments, royalty accounts, and land title documents withheld from my line.

You are given seven (7) business days from receipt of this letter to produce the requested materials or provide a written explanation for any non-disclosure. Failure to comply will result in immediate escalation to the U.S. Department of the Interior, the Senate Committee on Indian Affairs, and the U.S. District Court.

Signed, *[signature]*
Sadiyq Najee Ullah Holloway
Date: August 11, 2025

Exhibit - I

# Inheritance Reclassification Notice – Ahtna Board

To: Ahtna, Incorporated Board of Directors
CC: Legal Department, Shareholder Records

From: Sadiyq Najee Ullah Holloway
CDIB Holder – Bureau of Indian Affairs

This is a formal demand for immediate reclassification of my shareholder status to reflect my federally confirmed status as a rightful heir.

My CDIB, issued by the BIA – Alaska Region on July 23, 2025, confirms my ancestral Ahtna bloodline. This removes all corporate grounds for treating me as a program-level shareholder.

Demands:
1. Full recognition of my inheritance rights and adjustment of corporate records.
2. Release of all pre-1971 lineage records tied to Donna, Kathy Horton, and Charles Underwood.
3. Full accounting of all trust assets and royalties withheld from my family.

Failure to comply within seven (7) business days will trigger immediate federal and congressional escalation.

Signed, *[signature]*
Sadiyq Najee Ullah Holloway
Date: August 11, 2025

Exhibit-J

## Senate Oversight Notice – Indian Affairs Committee

To: U.S. Senate Committee on Indian Affairs
Email: SCIA@indian.senate.gov

From: Sadiyq Najee Ullah Holloway
CDIB Holder – Bureau of Indian Affairs

Subject: Federal Recognition and Suppression of Inheritance Rights – Ahtna, Inc.

On July 23, 2025, I received my federally issued CDIB confirming my Ahtna ancestry. Despite this, Ahtna, Inc. has failed to release pre-1971 lineage records and withheld trust benefits tied to my maternal line.

I request immediate congressional oversight and referral to the Department of the Interior to enforce compliance.

Evidence attached:
- Copy of CDIB confirmation
- Correspondence with Ahtna, Inc. acknowledging shareholder status
- My formal demands for record release

Respectfully, *[signature]*
Sadiyq Najee Ullah Holloway
Date: August 11, 2025