Federal Complaint – Breach of Tribal Trust and Suppression of Inheritance

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Plaintiff: Sadiyq Najee Ullah Holloway
CDIB Holder – Bureau of Indian Affairs, Alaska Region

v.

Defendant: Ahtna, Incorporated

COMPLAINT

Plaintiff brings this action under 28 U.S.C. § 1362 and related federal trust and inheritance protections.

Facts:
1. Plaintiff has been federally recognized as an Alaska Native descendant by issuance of a Certificate of Degree of Indian Blood (CDIB) on July 23, 2025.
2. Defendant has acknowledged shareholder status but refused to release pre-1971 lineage-based land, mineral, and royalty rights.
3. Records show suppression of adoption-related lineage files and withholding of trust assets owed to Plaintiff's maternal line.

Claims:
- Breach of Fiduciary Duty (Trust Responsibility)
- Suppression of Inheritance and Misclassification of Lineage
- Failure to Comply with Federal Trust Obligations

Relief Requested:
- Full accounting and release of all pre-1971 entitlements owed to Plaintiff.
- Production of all lineage, adoption, and trust records, including those involving Charles Underwood.
- Injunctive relief to prevent further suppression or diversion of trust benefits.

Respectfully submitted, *[signature]*
Sadiyq Najee Ullah Holloway
Date: August 11, 2025

E-2

To Whom It May Concern,

I am submitting this formal follow-up complaint to both the Bureau of Land Management (BLM) and the Interior Board of Indian Appeals (IBIA) regarding ongoing suppression and obstruction related to my rightful claim to tribal land, mineral rights, and shareholder benefits due under the Alaska Native Claims Settlement Act (ANCSA).

## Summary of Obstruction:

- My mother, Aimee Julious (DOB: Jan 30, 1971), was adopted out as an infant under sealed conditions following ANCSA enactment, concealing her eligibility for Ahtna, Inc. shareholder status.
- I, Sadiyq Najee Ullah Holloway, as her biological son and direct descendant, have provided multiple filings and certified mailings to Ahtna, Inc., requesting review, shareholder restoration, and land/mineral right inquiry.
- Despite multiple delivery confirmations (attached), Ahtna, Inc. has refused to respond.
- The State of Alaska Department of Natural Resources admitted it has no authority and redirected me to BLM (see included return letter).
- The Bureau of Indian Affairs (BIA) has not acknowledged any of my mailed and emailed inquiries regarding tribal bloodline obstruction, adoption seals, or ANCSA pre-1971 inheritance.

## ⬢ Actions Requested:

1. Immediate federal investigation into:
    - Why Ahtna, Inc. is allowed to suppress pre-1971 shareholder rights through the adoption mechanism.
    - What mineral rights or land trusts may be unlawfully withheld or distributed without including my lineage.

2.
3. Review and ruling from IBIA:
    - As to whether BIA and Ahtna's inaction constitutes dereliction under federal trust doctrine.
    - Whether Ahtna, Inc. or affiliated agencies must honor pre-1971 shareholder lineages regardless of postnatal adoption.

4.
5. Enforcement of BLM transparency regarding:
    - Any mineral leases issued on lands tied to Ahtna royalty zones.
    - Records showing beneficiary names excluded or redacted.

6.

## ⬢ Attachments:

- Stamped Complaint & Docket from Case 3:25-cv-00110-SLG
- Proof of Service to Ahtna, Inc. and other agencies

- Alaska DNR letter redirecting case to BLM
- Timeline of outreach attempts and ignored requests
- Affidavit of Living Lineage & Inheritance

I request confirmation of receipt and status update within 21 days of delivery. If no acknowledgment is made, I will submit this silence to the federal court as evidence of administrative neglect.

Respectfully,

Sadiyq Najee Ullah Holloway

Pro Se Petitioner | Docket No. 3:25-cv-00110-SLG